### SHINGLES *v.* THE STATE.

GILBERT, J. Where the evidence, though conflicting, was sufficient to support the verdict, and no error of law appears to have been committed in the trial, the judgment of the trial court in refusing to grant a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 477. NOVEMBER 17, 1917.

Indictment for murder. Before Judge Harrell. Randolph superior court. June 11, 1917.

*Charles W. Worrill,* for plaintiff in error.

*Clifford Walker, attorney-general, B. T. Castellow, solicitor-general, R. R. Arnold,* and *M. C. Bennet,* contra.